RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
***Attorneys for Defendant,
Progressive Casualty Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA OWINGS, individually,<br><br>                                    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>                                    Defendants. | Case No: 2:16-cv-01887-JCM-PAL<br><br>**STIPULATION AND ORDER TO REMAND MATTER TO STATE COURT** |

  IT IS HEREBY STIPULATED by and between Plaintiff, JESSICA OWINGS, by and through her attorney of record, CORY J. HILTON, ESQ., of the LAW OFFICES OF CORY J. HILTON, and Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY, by and through its attorney, RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that this matter be remanded, by agreement, for resolution of the <u>contractual claims only</u> to Nevada State Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation thus far completed, and that further orders and decisions shall be entered and effective through the Nevada State Court upon remand.

DATED:   9/6/2016

**LAW OFFICES OF CORY J. HILTON**

By   /s/ Cory J. Hilton
CORY J. HILTON, ESQ.
Nevada Bar No. 004290
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada  89120
Telephone:  (702) 384-8000
Facsimile:   (702) 384-8200
*Attorneys for Plaintiff,*
*Jessica Owings*

DATED:   9/6/2016

**DENNETT WINSPEAR, LLP**

By   /s/ Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant,*
*Progressive Casualty Insurance*
*Company*

**ORDER**

Good Cause appearing therefore, **IT IS SO ORDERED.**

DATED September 9, 2016.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE